**Order entered November 21, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00747-CV

**NMF PARTNERSHIP, Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-02335**

## ORDER

Before the Court is appellees' November 17, 2017 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **December 4, 2017**. We caution appellees that further requests for extension will be disfavored.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE